### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

**REGIONS BANK,**

*Plaintiff*,

v.                                                     **Case No.: 5:22cv246-MW/MJF**

**GREATER DELIVERANCE**
**CHURCH, INC., et al.,**

*Defendants*.

_____/

### ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 22. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 22, is **accepted and adopted** as this Court's opinion. Plaintiff's motion for default judgment, ECF No. 21, is **GRANTED**. The Clerk shall enter judgment stating, "Judgment is entered against Defendant Greater Deliverance Church for breach of the promissory note and against Defendant Sherlene McClary for breach of the guaranty and in Plaintiff's favor in the amount of $183,557.71 plus interest accruing at $22.58 per diem from June 16, 2023, through the date of judgment." Plaintiff is entitled to post-judgment interest

and this Court retains jurisdiction to award costs and attorney's fees. The Clerk shall

close the file.

**SO ORDERED on October 16, 2023.**

<u>**s/Mark E. Walker**</u>
**Chief United States District Judge**